# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILARIO VELASQUEZ, and SARAH GARRETT,<br><br>**Plaintiffs**,<br><br>vs.<br><br>SGT. JOHN PEDEN, in his individual and official capacities; CITY OF COZAD, a Nebraska political subdivision; and DOES 1 - 5, in their individual and official capacities;<br><br>**Defendants.** | 7:20CV5007<br><br>ORDER |

This matter is before the Court following the telephone conference held with counsel for the parties on October 4, 2021. The parties advised the court that they intend to mediate this case. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 4th day of October, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge